AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

**SEALED**

United States of America
v.

Julian Sagrero Guantes,
and Arasmel Campos Gonzalez

)
)
)
)
)
)
)
)

Case No.  3:24-mj-00249

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 6, 2024_____ in the county of _____Multnomah_____ in the _____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1), (b)(1)(A)(viii), and 846 | Possession with intent to distribute controlled substances and to conspire to do so |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent Corey Shannahan.

☑ Continued on the attached sheet.

/s/ By Phone

*Complainant's signature*

Corey Shannahan, DEA Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:30__ a.m. p.m.

Date: ____November 7, 2024____

*Judge's signature*

City and state: _____Portland, Oregon_____        Hon. Jeffrey Armistead, U.S. Magistrate Judge

*Printed name and title*

3:24-mj-00249

DISTRICT OF OREGON, ss:                                  AFFIDAVIT OF COREY SHANNAHAN

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Corey Shannahan being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I have been employed as a Special Agent by the Drug Enforcement Administration (DEA) since January of 2022. My current assignment is at the Portland District Office where I am assigned to a DEA federal task force. My formal education includes a Bachelor of Arts in Finance. My formal law enforcement training includes successfully completing the 17-week DEA basic training course at the DEA academy in Quantico, Virginia, followed by 16 weeks of DEA field training in Portland, Oregon. During my field training, I participated in multiple drug investigations involving controlled purchase operations, interdiction, vehicle tracking, cell phone geo-location techniques, pen register/trap and trace orders, and Title III wiretaps. I have interviewed and operated informants, executed search warrants, arrested and interviewed subjects involved in the smuggling and distribution of narcotics, conducted physical surveillance, and utilized electronic and video surveillance. Prior to becoming a Special Agent, I investigated tax evasion and financial fraud for eight years while employed as a Revenue Agent for the Washington State Department of Revenue. I have also worked with and consulted numerous agents and law enforcement officers who have investigated drug trafficking offenses. As a Special Agent, I have participated in multiple drug investigations as either a case agent or as a supporting investigative agent, including in Title III wiretap

**Affidavit of Special Agent Corey Shannahan**                                          **Page 1**

investigations. I am familiar with investigations of Drug Trafficking Organizations (hereinafter, "DTOs"), including identifying methods of importation and distribution of controlled substances, and how controlled substances are manufactured, consumed, packaged, marketed, smuggled, and distributed. I am also familiar with various tactics used by DTOs to import drugs into the United States, communicate with members of the DTOs, and arrange for transportation and distribution of drugs.

2.    I submit this affidavit in support of a criminal complaint and arrest warrant for two subjects: **Julian SAGRERO GUANTES (SAGRERO)** and **Arasmel CAMPOS GONZALEZ ("CAMPOS")** for committing the offense of possession with intent to distribute 500 grams or more of a substance containing a detectable amount of methamphetamine, and conspiracy to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846.

3.    This affidavit is intended only to show that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

### Applicable Law

4.    Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846 make it illegal to possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine and to conspire to do so.

**Affidavit of Special Agent Corey Shannahan**                                **Page 2**

### Statement of Probable Cause

#### *Background of the Investigation*

5.      Agents and officers comprising the Drug Enforcement Administration ("DEA"), Tigard Police Department ("TPD"), Washington County Sheriff's Office ("WCSO"), and Sherwood Police Department ("SPD") assigned to DEA led federal task force D-51, (hereinafter collectively referred to as "Investigators") are investigating a Mexico based Drug Trafficking Organization ("DTO") with cells operating in Oregon, Washington, California, and Mexico. The multi-cell organization is involved in the importation, transportation, and wholesale distribution of sizeable quantities of methamphetamine, heroin, cocaine, fentanyl, as well as associated money laundering and bulk cash smuggling activities. Per information and intelligence obtained through CS-1, this DTO imports bulk quantities of methamphetamine, cocaine, heroin and fentanyl from Mexico into the United States through ports of entries along the United States – Mexico international border.

6.      ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████

7.      On November 6, 2024, U.S. Magistrate Judge Jeffrey Armistead signed federal search warrants authorizing Investigators to search three vehicles and two locations used by **SAGRERO**:

- ("Subject Vehicle 1" or "SV-1"): a grey Honda CRV bearing Washington license plate BNL67376 and vehicle identification number JHLRD788X2C018458

**Affidavit of Special Agent Corey Shannahan**                                     **Page 3**

- ("Subject Vehicle 2" or "SV-2"): a blue Mazda truck with no visible license plate other than a temporary tag number "A2557008" posted in the upper right corner of the rear windshield

- ("Subject Vehicle 3" or "SV-3"): a grey Chevrolet Impala bearing Oregon temporary license plate "A2557008" posted in the rear windshield

- ("Location 1" or "L-1"): an apartment located at 3519 SE 130th Ave Portland, OR

- ("Location 2" or "L-2"): an enclosed, fenced off parking lot located at 18031 SE Stark St, Portland, OR

8.    As a result of the ongoing investigation, Investigators have so far seized over 160 kilograms of methamphetamine, approximately 35,000 fentanyl pills, smaller amounts of cocaine and heroin, fifteen firearms, and made seven federal arrests.

9.



10.



11.



12.

**November 6, 2024: Investigators Execute Search Warrant at Location 2 and Subject Vehicle 3; Seize 11,650.5 Grams of Methamphetamine**

13.     ███████████████████████████████████ Investigators established physical surveillance of **SAGRERO** and SV-3. At approximately 10:20 A.M., Investigators observed **SAGRERO** depart L-1 in SV-3 and arrive at L-2 at approximately 10:30 A.M. At approximately 11:30 A.M., Investigators observed **CAMPOS** arrive at L-2 in a grey Honda Accord. At approximately 11:50 A.M., Investigators observed **CAMPOS** retrieve a weighted black duffel bag from the grey Honda Accord and bring it to underneath an awning inside of L-2 that was outside of Investigator's view. Moments later, Investigators observed **CAMPOS** return to the grey Honda Accord with the same black duffel bag that appeared to be no longer weighted down. Several minutes later, Investigators observed **SAGRERO** open the gate to L-2, allowing **CAMPOS** to back the grey Honda Accord out of L-2.

14.     At this time, Investigators activated their emergency lights on several unmarked police vehicles and pulled in front of L-2 to block off the gate. Investigators then approached the entrance to L-2 on foot while wearing tactical gear that clearly labelled themselves as law enforcement. Investigators subsequently detained both **SAGRERO** and **CAMPOS** without incident. Investigators then moved through the parking lot of L-2 to secure the location. While doing so, Investigators encountered a detached shed inside of the property with an open doorway next to the awning where Investigators observed **CAMPOS** deliver the weighted black duffel bag. From outside the doorway, Investigators observed a grey plastic tote with no lid that contained several clear plastic bags which contained a crystalline substance that Investigators recognized as methamphetamine.

/ / /

**Affidavit of Special Agent Corey Shannahan**                                    **Page 7**

15.     Once L-2 was secure, a narcotics canine handler and his canine partner began searching open areas of L-2 to include the exteriors of several vehicles, including SV-2 and SV-3. The canine alerted its handler to the presence of narcotics inside of SV-3. Inside of SV-3, Investigators found a small black bag in the rear seat that contained a crystalline substance wrapped in clear plastic wrapping. Subsequent field tests of this substance returned a presumptive positive for the presence of methamphetamine and found the substance to weigh 471.1 grams, including packaging.

16.     Based on Investigators lawful authority to be present at L-2 and the presence of suspected methamphetamine in plain view, agents seized the crystalline substance inside the detached shed on L-2. Subsequent field tests of the substance returned a presumptive positive for the presence of methamphetamine and found the substance and packaging to cumulatively weigh 11,179.4 grams. Investigators also searched the grey Honda Accord driven by **CAMPOS** and found the same weighted black duffel bag that Investigators observed **CAMPOS** carry from the Honda Accord to the awning and subsequently carry back to the Honda Accord unweighted.

17.     ██████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████

/ / /

/ / /

/ / /

**Affidavit of Special Agent Corey Shannahan**                    **Page 8**

**Investigators Execute Search Warrants at Location 1 and Vehicle 1; Seize Additional Cocaine, Heroin, Fentanyl, and Methamphetamine**

18.     After Investigators concluded their search warrant at L-2, Investigators conducted simultaneous search warrants at L-1 and SV-1. Inside of L-1, Investigators found clear plastic bags underneath the mattress of a bedroom. Inside of the clear plastic bags, Investigators found a black, tar-like substance that later field tests returned a presumptive positive for the presence of heroin. The substance was found to weigh 354.7 grams, including packaging. Investigators also found a clear plastic bag containing a crystalline substance that late field tests returned a presumptive positive for the presence of methamphetamine and found to weigh 38.3 grams, including packaging. Investigators interviewed an adult at the house who identified **SAGRERO** by photo and told Investigators that **SAGRERO** stays with the adult inside of the bedroom where Investigators found the heroin and methamphetamine.

19.     Investigators then searched SV-1 where they found the following substances:

- 928.0 grams of a white powdery substance later determined to contain cocaine per field tests

- 165.5 grams of blue pills stamped "M/30" later determined to contain fentanyl per field tests

- 431.6 grams of a brown powdery substance later determined to contain heroin per field tests

<u>Conclusion</u>

20.     I believe that **CAMPOS** and **SAGRERO** conspired to distribute 11,179.4 gross grams of methamphetamine in Portland, Oregon, prior to their interdiction by Investigators.

**Affidavit of Special Agent Corey Shannahan**                                    **Page 9**

████████████████████████████████████████████████████████

████████████████████████████████████████████

████████    I further believe that **SAGRERO** possessed with intent to distribute the following substances found in L-1 and SV-1 and SV-3:

- 509.4 gross grams of methamphetamine (Seized from L-1 and SV-3)

- 928.0 gross grams of cocaine (Seized from SV-1)

- 786.3 gross grams of heroin (Seized from L-1 and SV-1)

- 165.5 gross grams of fentanyl (Seized from SV-1)

Therefore, I believe that **SAGRERO** and **CAMPOS** have committed violations of the Target Offenses and have conspired with others to do so.

21.    Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Steve Mygrant, and AUSA Mygrant advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrants for **SAGRERO** and **CAMPOS.**

/ / /

/ / /

/ / /

/ / /

**Affidavit of Special Agent Corey Shannahan**                                              **Page 10**

## Request for Sealing

22.    It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time is likely to seriously jeopardize the ongoing investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

/s/ *Sworn to by telephone*
*In accordance with Fed. R. Crim. P. 4.1*
COREY SHANNAHAN
DEA Special Agent

Sworn to by telephone at 4:30 ___ a.m./p.m. this 7th ___ day of November ____, 2024 in accordance with Fed. R. Crim. P. 4.1.

HONORABLE JEFFREY ARM ISTEAD
United States Magistrate Judge

**Affidavit of Special Agent Corey Shannahan**                    **Page 11**